UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ace American Insurance Co., et al.,   )<br>         Plaintiffs,                              )<br>   v.                                                     )<br>Federal Crop Insurance Corp., et al.,  )<br>         Defendants.                          ) | Civil Action No. 14-1992 (RCL) |

**MOTION FOR JUDGMENT ON THE PLEADINGS AND SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 12(c) and 56, Defendants Federal Crop Insurance Corp. and Risk Management Agency (collectively, "Defendant," "FCIC" or "RMA"), by and through undersigned counsel, respectfully move the Court for judgment on the pleadings and, alternatively, for summary judgment in their favor.  The Court is respectfully referred to the accompanying memorandum of points and authorities and statement of facts.  Defendant is not attaching to this filing the record materials cited in the attached memorandum in support, but rather they will appear in the appendix that the parties will submit after the close of briefing, as required by LCvR 7(n).

Respectfully submitted,

VINCENT H. COHEN, JR., D.C. Bar #471489
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  /s/_____
PETER C. PFAFFENROTH, D.C. Bar # 496637
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2513
Email: peter.pfaffenroth@usdoj.gov

*Attorneys for Defendants*

Of counsel:
KIMBERLEY E. ARRIGO, D.C. Bar # 983330
Office of the General Counsel
United States Department of Agriculture
1400 Independence Ave, S.W.
Washington, D.C. 20250
Phone: (202) 690-2391
Email: kim.arrigo@ogc.usda.gov