UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE AMERICAN INSURCANCE COMPANY et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION et al.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 14-1992 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is defendant Federal Crop Insurance Corporation's Motion for Judgment on the Pleadings and Summary Judgment. Upon consideration of the motion, opposition, reply, the entire record in this case, and the applicable law, the Court **GRANTS** defendant's Motion for the reasons set forth in the accompanying Memorandum Opinion issued on this date. The complaint is hereby **DISMISSED**.

IT IS SO ORDERED this 20th day of September, 2016.

ROYCE C. LAMBERTH
United States District Judge