## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN AGRI-BUSINESS INSURANCE COMPANY )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>FEDERAL CROP INSURANCE )<br>CORPORATION, ET AL )<br>)<br>Defendants. ) | Case No. 14-01992-RCL<br><br>Judge Royce C. Lamberth |

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that American Agri-Business Insurance Company, Plaintiff in the above captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the September 20, 2016 final Order (Doc. 44) granting Defendants' Motion for Judgment on the Pleadings and Summary Judgment and dismissing Plaintiff's Complaint, entered in this action on September 20, 2016 on the basis of that Order.

Respectfully submitted this 18th day of November, 2016.

By: /s/ Michael E. Tucci
Michael E. Tucci (DC Bar # 430470)
Stinson Leonard Street LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20006-4605
(202) 785-9100; Fax: (202) 572-9964
michael.tucci@stinson.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of November, 2016, a copy of the foregoing Notice of Appeal was sent via the Court's Electronic Case Filing notification system to the following:

Peter C. Pfaffenroth
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
peter.pfaffenroth@usdoj.gov
Counsel for Defendants

                                                      /s/ Michael E. Tucci
                                                      Michael E. Tucci